UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on October 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

    ARETHA BLAKE-ARROYO
    MARCELINO ARROYO

Case No.: 19-25712

Judge: ROSEMARY GAMBARDELLA
Hg. Date: 10/16/2019

# ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: October 24, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): ARETHA BLAKE-ARROYO
MARCELINO ARROYO

Case No.: 19-25712RG

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of UNIVERSITY REPRODUCTIVE ASSOCIATES, Court Claim Number 1, be reduced to amount of $0.