UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on October 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

ARETHA BLAKE-ARROYO
MARCELINO ARROYO

Case No.:  19-25712

Judge:  ROSEMARY GAMBARDELLA
Hg. Date: 10/16/2019

**ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: October 24, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): ARETHA BLAKE-ARROYO
MARCELINO ARROYO

Case No.: 19-25712RG

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of UNIVERSITY REPRODUCTIVE ASSOCIATES, Court Claim Number 1, be reduced to amount of $0 .

United States Bankruptcy Court
District of New Jersey

In re:  
Aretha Blake-Arroyo  
Marcelino Arroyo  
       Debtors

Case No. 19-25712-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 25, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2019.  
db/jdb        +Aretha Blake-Arroyo,    Marcelino Arroyo,    4 Pine Street,    Hackensack, NJ 07601-3723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2019 at the address(es) listed below:

           Marie-Ann Greenberg    magecf@magtrustee.com  
           Rebecca Ann Solarz    on behalf of Creditor    LAKEVIEW LOAN SERVICING LLC rsolarz@kmllawgroup.com  
           Ryan L. Gentile    on behalf of Joint Debtor Marcelino    Arroyo rlg@lawgmf.com,  
            rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com  
           Ryan L. Gentile    on behalf of Debtor Aretha    Blake-Arroyo rlg@lawgmf.com,  
            rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                 TOTAL: 5