Certificate Number: 03088-NJ-DE-033632309

Bankruptcy Case Number: 19-25712



03088-NJ-DE-033632309

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 31, 2019, at 6:29 o'clock PM CDT, Aretha R Blake-Arroyo completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:    October 31, 2019            By:    /s/Crystal Towner

                                     Name:  Crystal Towner

                                     Title: Counselor