Certificate Number: 03088-NJ-DE-033633203

Bankruptcy Case Number: 19-25712



03088-NJ-DE-033633203

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 31, 2019</u>, at <u>6:29</u> o'clock <u>PM CDT</u>, <u>Marcelino Arroyo</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>October 31, 2019</u>             By:   <u>/s/Tania Roman for Crystal Towner</u>

Name:  <u>Crystal Towner</u>

Title:  <u>Counselor</u>