RYAN L. GENTILE
LAW OFFICES OF GUS MICHAEL
FARINELLA, PC
110 JERICHO TURNPIKE
SUITE 100
FLORAL PARK, NY  11001

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
### Chapter 13 Case # 19-25712

| Re: | ARETHA BLAKE-ARROYO | Atty: | RYAN L. GENTILE |
|---|---|---|---|
| | MARCELINO ARROYO | | LAW OFFICES OF GUS MICHAEL |
| | 4 PINE STREET | | FARINELLA, PC |
| | HACKENSACK,  NJ  07601 | | 110 JERICHO TURNPIKE |
| | | | SUITE 100 |
| | | | FLORAL PARK, NY  11001 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $56,192.00**

### RECEIPTS AS OF 01/15/2020     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/11/2019 | $50.00 | 6168748000 | 09/30/2019 | $580.00 | 6213800000 |
| 11/04/2019 | $580.00 | 6304887000 | 12/02/2019 | $580.00 | 6374679000 |
| 01/06/2020 | $580.00 | 6456293000 | | | |

**Total Receipts: $2,370.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,370.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020     (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| M & T BANK | 01/13/2020 | $410.23 | 8,001,375 | | | | |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 99.93 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,310.00 | 100.00% | 1,310.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 4,252.83 | * | 0.00 | |
| 0003 | QUANTUM3 GROUP LLC | UNSECURED | 2,328.58 | * | 0.00 | |
| 0004 | HYUNDAI CAPITAL AMERICA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0010 | PORTFOLIO RECOV ASSOCIATES LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | SA-VIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | TD BANK USA NA | UNSECURED | 430.88 | * | 0.00 | |
| 0014 | TEANECK DENTAL ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | TEANECK FEDERAL CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | WELLS FARGO CARD SERVICES | UNSECURED | 4,115.69 | * | 0.00 | |
| 0020 | M & T BANK | MORTGAGE ARRE | 29,628.43 | 100.00% | 410.23 | |
| 0021 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | SA-VIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 19-25712**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---|
| 0023 | UNIVERSITY REPRODUCTIVE ASSOCIATI | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,279.01 | * | 0.00 | |

**Total Paid:  $1,820.16**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $2,370.00    -    Paid to Claims: $410.23    -    Admin Costs Paid: $1,409.93    =    Funds on Hand: $549.84

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.