UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

In Re:

Aretha Blake-Arroyo & Marcelino Arroyo,

Debtors.

Case No.:        19-25712-RG

Chapter:              13

Hearing Date:      8/5/2020

Judge:           Gambardella

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 4 Pine Street (Docket # 33)

_____

Date: 7/29/2020                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*