RYAN L. GENTILE
LAW OFFICES OF GUS MICHAEL
FARINELLA, PC
110 JERICHO TURNPIKE
SUITE 100
FLORAL PARK, NY  11001

Re:  ARETHA BLAKE-ARROYO
    MARCELINO ARROYO
    4 PINE STREET
    HACKENSACK,  NJ  07601

Atty:  RYAN L. GENTILE
    LAW OFFICES OF GUS MICHAEL
    FARINELLA, PC
    110 JERICHO TURNPIKE
    SUITE 100
    FLORAL PARK, NY  11001

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**
Chapter 13 Case # 19-25712

NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $56,192.00

### RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/11/2019 | $50.00 | 6168748000 | 09/30/2019 | $580.00 | 6213800000 |
| 11/04/2019 | $580.00 | 6304887000 | 12/02/2019 | $580.00 | 6374679000 |
| 01/06/2020 | $580.00 | 6456293000 | 02/04/2020 | $580.00 | 6536761000 |
| 03/06/2020 | $580.00 | 6619811000 | 04/13/2020 | $580.00 | 6708016000 |
| 05/08/2020 | $580.00 | 6777945000 | 08/04/2020 | $50.00 | 6989409000 |
| 08/25/2020 | $50.00 | 7034930000 | 10/05/2020 | $50.00 | 7140381000 |
| 11/05/2020 | $580.00 | 7213471000 | 11/25/2020 | $780.00 | 7258952000 |
| 12/08/2020 | $780.00 | 7293012000 | 12/23/2020 | $430.00 | 7326804000 |
| 01/06/2021 | $580.00 | 7359819000 | | | |

**Total Receipts: $7,990.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $7,990.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| HYUNDAI LEASE TITLING TRUST | | | | | | | |
| | 05/18/2020 | $8.21 | 849,022 | | 06/15/2020 | $8.21 | 850,714 |
| | 12/21/2020 | $7.47 | 861,702 | | 01/11/2021 | $15.99 | 863,472 |
| M & T BANK | | | | | | | |
| | 01/13/2020 | $410.23 | 0 | | 02/10/2020 | $549.84 | 8,001,412 |
| | 03/16/2020 | $549.84 | 8,001,447 | | 04/20/2020 | $549.84 | 8,001,497 |
| | 05/18/2020 | $513.79 | 8,001,543 | | 06/15/2020 | $513.79 | 8,001,605 |
| | 09/21/2020 | $32.08 | 8,001,785 | | 09/21/2020 | $13.66 | 8,001,785 |
| | 10/19/2020 | $32.08 | 8,001,845 | | 10/19/2020 | $13.66 | 8,001,845 |
| | 11/16/2020 | $32.08 | 8,001,901 | | 11/16/2020 | $13.66 | 8,001,901 |
| | 12/21/2020 | $372.09 | 8,001,958 | | 12/21/2020 | $158.46 | 8,001,958 |
| | 01/11/2021 | $1,000.81 | 8,002,013 | | 01/11/2021 | $426.21 | 8,002,013 |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 19-25712**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 523.75 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,310.00 | 100.00% | 1,310.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 4,252.83 | * | 0.00 | |
| 0003 | QUANTUM3 GROUP LLC | UNSECURED | 2,328.58 | * | 0.00 | |
| 0004 | HYUNDAI LEASE TITLING TRUST | VEHICLE SECURE | 440.33 | 100.00% | 39.88 | |
| 0010 | PORTFOLIO RECOV ASSOCIATES LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | SA-VIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | TD BANK USA NA | UNSECURED | 430.88 | * | 0.00 | |
| 0014 | TEANECK DENTAL ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | TEANECK FEDERAL CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | WELLS FARGO CARD SERVICES | UNSECURED | 4,115.69 | * | 0.00 | |
| 0020 | M & T BANK | MORTGAGE ARRE | 29,628.43 | 100.00% | 4,556.47 | |
| 0021 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | SA-VIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | UNIVERSITY REPRODUCTIVE ASSOCIATI | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,279.01 | * | 0.00 | |
| 0025 | M & T BANK | (NEW) MTG Agree | 11,302.95 | 100.00% | 625.65 | |

**Total Paid:  $7,055.75**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $7,990.00    -    Paid to Claims: $5,222.00    -    Admin Costs Paid: $1,833.75    =    Funds on Hand: $934.25

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.