| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>ARETHA BLAKE-ARROYO<br>MARCELINO ARROYO | Case No.: 19-25712<br><br>Adv. No.:<br><br>Hearing Date: 07/21/2021<br><br>Judge: RG |

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 06/08/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
ARETHA BLAKE-ARROYO
MARCELINO ARROYO
4 PINE STREET
HACKENSACK, NJ  07601
Mode of Service:  Regular Mail

Attorney for Debtor(s):
RYAN L. GENTILE
LAW OFFICES OF GUS MICHAEL FARINELLA, PC
110 JERICHO TURNPIKE
SUITE 100
FLORAL PARK, NY  11001
Mode of Service:  Regular Mail

Dated:  June 08, 2021                                                 By:   /S/  Jessica Antoine
                                                                                    Jessica Antoine