# EXHIBIT B

<div style="border: 1px solid black; padding: 10px; display: inline-block;">
**UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u>**
Caption in Compliance with D.N.J.LBR 9004-1
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
bnicholas@kmllawgroup.com
LAKEVIEW LOAN SERVICING LLC
</div>

CASE NO. 19-25712 RG
CHAPTER 13
Judge: Rosemary Gambardella

In re:

Marcelino Arroyo aka Marcelino Blake-Arroyo
Aretha Blake-Arroyo

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 09/25/2015

I, __Katie Stock__, employed as __Assistant Vice President__ by M&T Bank, for LAKEVIEW LOAN SERVICING LLC, hereby certifies the following information:

Recorded on <u>October 15, 2015</u> in <u>Bergen</u> County, in Book <u>02076, at</u> Page <u>1592</u>.
Property Address: <u>4 Pine Street, Hackensack NJ 07601.</u>

Mortgage Holder: <u>LAKEVIEW LOAN SERVICING LLC</u>

Mortgagor(s)/ Debtor(s): <u>Marcelino Arroyo aka Marcelino Blake-Arroyo</u>

<u>Aretha Blake-Arroyo</u>

POST-PETITION PAYMENTS (Petition filed on August 14, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order entered August 05, 2020: | | | | | |
| $2,721.68 | 8/1/2020 | 8/1/2020 | $2,739.22 | 8/3/2020 | $17.54 |
| $2,721.68 | 9/1/2020 | 9/1/2020 | $2,739.22 | 9/3/2020 | $35.08 |
| $2,721.68 | 10/1/2020 | 10/1/2020 | $2,719.33 | 10/16/2020 | $32.73 |
| $2,721.68 | 11/1/2020 | 11/1/2020 | $2,719.75 | 11/17/2020 | $30.80 |
| $2,721.68 | 12/1/2020 | 12/1/2020 | $2,721.68 | 12/22/2020 | $30.80 |
| $2,721.68 | 1/1/2021 | 1/1/2021 | $2,719.75 | 1/15/2021 | $28.87 |
| $2,555.42 | 2/1/2021 | 2/1/2021 | $2,555.99 | 2/18/2021 | $29.44 |
| $2,555.42 | 3/1/2021 | 3/1/2021 | $2,555.42 | 3/15/2021 | $29.44 |
| $2,555.42 | 4/1/2021 | 4/1/2021 | $2,555.42 | 4/19/2021 | $29.44 |
| $2,555.42 | 5/1/2021 | 5/1/2021 | $2,555.42 | 5/19/2021 | $29.44 |
| $2,555.42 | 6/1/2021 | 6/1/2021 | $2,555.42 | 6/21/2021 | $29.44 |
| $2,555.42 | 7/1/2021 | 7/1/2021 | $2,555.42 | 7/16/2021 | $29.44 |
| $2,555.42 | 8/1/2021 | 8/1/2021 | $2,555.42 | 8/16/2021 | $29.44 |
| $2,555.42 | 9/1/2021 | 9/1/2021 | $2,555.42 | 9/20/2021 | $29.44 |
| $2,555.42 | 10/1/2021 | 10/1/2021 | $2,555.42 | 10/20/2021 | $29.44 |
| $2,555.42 | 11/1/2021 | 11/1/2021 | $2,555.42 | 11/15/2021 | $29.44 |
| $2,555.42 | 12/1/2021 | 12/1/2021 | $2,555.42 | 12/16/2021 | $29.44 |
| $2,555.42 | 1/1/2022 | 1/1/2022 | $2,555.42 | 1/19/2022 | $29.44 |

| $2,522.14 | 2/1/2022 | 2/1/2022 | $2,555.42 | 2/15/2022 | $62.72 |
|---|---|---|---|---|---|
| $2,522.14 | 3/1/2022 | 3/1/2022 | $2,555.42 | 3/17/2022 | $96.00 |
| | | To Suspense | $1,555.42 | 4/22/2022 | $1,651.42 |
| $2,522.14 | 4/1/2022 | 4/1/2022 | $2,522.14 | 5/16/2022 | $1,651.42 |
| $2,522.14 | 5/1/2022 | | $0.00 | DUE | |
| $2,522.14 | 6/1/2022 | | $0.00 | DUE | |
| **Total Due: $ 59,605.82** | | **Amount Received: $56,212.96** | | | **Arrears:$3,392.86** |

Continue on attached sheets if necessary.

Monthly payments past due: 2 mos. X $2,522.14
(Monthly payment-suspense)=$8,050.27 as of June 2020

Each current monthly payment is comprised of:
Effective as of February 1, 2022, the current monthly payment is comprised of:

    Principal & Interest:   $1,316.55
    R.E. Taxes:   $_____
    Insurance:   $_____
    Other:   $1,205.59   (Specify: escrow)
    TOTAL   $2,522.14

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

Notices of Mortgage Payment Change were filed on: 1/7/2020 IAO 2,721.68, effective 2/1/2020, 12/21/2020 IAO 2,555.42, effective 02/01/2021, 12/21/2021 IAO 2,522.14, effective 02/01/2022.

PRE-PETITION ARREARS: $29,628.43

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2022

                                                                                      Katie Ptock
                                                                                      Signature