| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR-9004-1** | |
| KML Law Group, P.C.<br>By: Brian C. Nicholas Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>201-549-5366<br>Attorneys for Secured Creditor: LAKEVIEW LOAN SERVICING LLC | |
| In Re:<br>Marcelino Arroyo aka Marcelino Blake-Arroyo<br>Aretha Blake-Arroyo<br>    Debtor | Case No: <u>19-25712 RG</u><br><br>Chapter: <u>13</u><br><br>Judge: <u>Rosemary Gambardella</u> |

# CERTIFICATION OF SERVICE

1. I, Thomas Diruscio:

   ☐ Represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Brian C. Nicholas, who represents the <u>Secured Creditor</u> in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On 06/28/2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Certification of Default
   - Proposed Order
   - Exhibits
   - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 06/28/2022      /S/ Thomas Diruscio

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Marcelino Arroyo aka Marcelino Blake-Arroyo<br>4 Pine Street<br>Hackensack, NJ 07601<br>Aretha Blake-Arroyo<br>4 Pine Street<br>Hackensack, NJ 07601 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Ryan L. Gentile<br>Law Offices of Gus Michael Farinella, PC<br>110 Jericho Turnpike, Suite 100<br>Floral Park, NY 11001 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Road; Suite 330 (VIA ECF)<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |