Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−25712−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Aretha Blake−Arroyo                      Marcelino Arroyo
   4 Pine Street                                aka Marcelino Blake−Arroyo
   Hackensack, NJ 07601              4 Pine Street
                                        Hackensack, NJ 07601

Social Security No.:
   xxx−xx−3997                                xxx−xx−1866

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/3/22 at 10:00 AM

to consider and act upon the following:

*61* − Creditor's Certification of Default (related document:33 Motion for Relief from Stay re: 4 Pine Street, Hackensack, NJ, 07601. Fee Amount $ 181. filed by Creditor LAKEVIEW LOAN SERVICING LLC, 36 Order on Motion For Relief From Stay) filed by Brian C. Nicholas on behalf of LAKEVIEW LOAN SERVICING LLC. Objection deadline is 07/12/2022. (Attachments: # 1 Exhibit Stipulation Exhibit A # 2 Exhibit Affidavit Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Nicholas, Brian)

*62* − Certification in Opposition to (related document:61 Creditor's Certification of Default (related document:33 Motion for Relief from Stay re: 4 Pine Street, Hackensack, NJ, 07601. Fee Amount $ 181. filed by Creditor LAKEVIEW LOAN SERVICING LLC, 36 Order on Motion For Relief From Stay) filed by Brian C. Nicholas on behalf of LAKEVIEW LOAN SERVICING LLC. Objection deadline is 07/12/2022. (Attachments: # 1 Exhibit Stipulation Exhibit A # 2 Exhibit Affidavit Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor LAKEVIEW LOAN SERVICING LLC) filed by Ryan L. Gentile on behalf of Marcelino Arroyo, Aretha Blake−Arroyo. (Attachments: # 1 Certificate of Service) (Gentile, Ryan)

Dated: 7/13/22

                                                          Jeanne Naughton
                                                          Clerk, U.S. Bankruptcy Court