Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25712−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Aretha Blake−Arroyo
4 Pine Street
Hackensack, NJ 07601

Marcelino Arroyo
aka Marcelino Blake−Arroyo
4 Pine Street
Hackensack, NJ 07601

Social Security No.:
xxx−xx−3997

xxx−xx−1866

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/3/22 at 10:00 AM

to consider and act upon the following:

*61* − Creditor's Certification of Default (related document:33 Motion for Relief from Stay re: 4 Pine Street, Hackensack, NJ, 07601. Fee Amount $ 181. filed by Creditor LAKEVIEW LOAN SERVICING LLC, 36 Order on Motion For Relief From Stay) filed by Brian C. Nicholas on behalf of LAKEVIEW LOAN SERVICING LLC. Objection deadline is 07/12/2022. (Attachments: # 1 Exhibit Stipulation Exhibit A # 2 Exhibit Affidavit Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Nicholas, Brian)

*62* − Certification in Opposition to (related document:61 Creditor's Certification of Default (related document:33 Motion for Relief from Stay re: 4 Pine Street, Hackensack, NJ, 07601. Fee Amount $ 181. filed by Creditor LAKEVIEW LOAN SERVICING LLC, 36 Order on Motion For Relief From Stay) filed by Brian C. Nicholas on behalf of LAKEVIEW LOAN SERVICING LLC. Objection deadline is 07/12/2022. (Attachments: # 1 Exhibit Stipulation Exhibit A # 2 Exhibit Affidavit Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor LAKEVIEW LOAN SERVICING LLC) filed by Ryan L. Gentile on behalf of Marcelino Arroyo, Aretha Blake−Arroyo. (Attachments: # 1 Certificate of Service) (Gentile, Ryan)

Dated: 7/13/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                       Case No. 19-25712-RG
Aretha Blake-Arroyo                                                                            Chapter 13
Marcelino Arroyo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Jul 13, 2022     Form ID: ntchrgbk     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aretha Blake-Arroyo, Marcelino Arroyo, 4 Pine Street, Hackensack, NJ 07601-3723 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2022        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:

**Name**     **Email Address**

Brian C. Nicholas
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

John R. Morton, Jr.
    on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC rsolarz@kmllawgroup.com

Ryan L. Gentile
    on behalf of Debtor Aretha Blake-Arroyo rlg@lawgmf.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 13, 2022 | Form ID: ntchrgbk | Total Noticed: 1 |

                        rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com

Ryan L. Gentile

                        on behalf of Joint Debtor Marcelino Arroyo rlg@lawgmf.com
                        rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com

U.S. Trustee

                        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8