# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u><br>Caption in Compliance with D.N.J.LBR 9004-1<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>LAKEVIEW LOAN SERVICING LLC | CASE NO. 19-25712 RG<br>CHAPTER 13<br>Judge: Rosemary Gambardella |
|---|---|

In re:

Marcelino Arroyo aka Marcelino Blake-Arroyo
Aretha Blake-Arroyo

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 09/25/2015

I, __Melissa Riley__, employed as __Assistant Vice President__ by M&T Bank, for LAKEVIEW LOAN SERVICING LLC, hereby certifies the following information:

Recorded on <u>October 15, 2015</u> in <u>Bergen</u> County, in Book <u>02076, at</u> Page <u>1592</u>.
Property Address: <u>4 Pine Street, Hackensack NJ 07601.</u>

Mortgage Holder: <u>LAKEVIEW LOAN SERVICING LLC</u>

Mortgagor(s)/ Debtor(s): <u>Marcelino Arroyo aka Marcelino Blake-Arroyo</u>

<u>Aretha Blake-Arroyo</u>

POST-PETITION PAYMENTS (Petition filed on August 14, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 08/12/2022. | | | | | - |
| $2,522.14 | 08/01/2022 | | $0.00 | | - |
| $2,522.14 | 09/01/2022 | | $0.00 | | - |
| $2,522.14 | 10/01/2022 | | $0.00 | | - |
| Total Due: $7,566.42 | | Total Received: $0.00 | | Arrears: $7,566.42 | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $2,522.14
Arrears: $7,566.42

Each current monthly payment is comprised of:
    Principal & Interest:    $<u>1,316.55</u>
    R.E. Taxes:    $_____
    Insurance:    $_____
    Other:    $<u>1,205.59</u>    (Specify: escrow)
    TOTAL    $2,522.14

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

Notices of Mortgage Payment Change were filed on: 1/7/2020 IAO 2,721.68, effective 2/1/2020, 12/21/2020 IAO 2,555.42, effective 02/01/2021, 12/21/2021 IAO 2,522.14, effective 02/01/2022.

PRE-PETITION ARREARS: $29,628.43

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 10/20/2022

Signature Melissa Riley/
Assistant Vice President