UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR-9004-1**

| | |
|---|---|
| KML Law Group, P.C.<br>By: Denise Carlon, Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br><br>201-549-5366<br>Attorneys for Secured Creditor: LAKEVIEW LOAN SERVICING LLC | |
| In Re:<br>Marcelino Arroyo aka Marcelino Blake-Arroyo<br>Aretha Blake-Arroyo<br><br>Debtor(s) | Case No: <u>19-25712 RG</u><br><br>Chapter: <u>13</u><br><br>Judge: <u>Rosemary Gambardella</u> |

## CERTIFICATION OF SERVICE

1. I, Thomas Diruscio:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, who represents the <u>Secured Creditor</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On 10/25/2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Certification of Default
    - Proposed Order
    - Exhibits
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 10/25/2022                 /S/Thomas Dirucio

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Marcelino Arroyo aka Marcelino Blake-Arroyo<br>4 Pine Street<br>Hackensack, NJ 07601<br>Aretha Blake-Arroyo<br>4 Pine Street<br>Hackensack, NJ 07601 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Ryan L. Gentile<br>Law Offices of Gus Michael Farinella, PC<br>110 Jericho Turnpike, Suite 100<br>Floral Park, NY 11001 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Road; Suite 330<br>(VIA ECF)<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |