| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Case No: 19-257__ |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>LAKEVIEW LOAN SERVICING LLC | Chapter: 13  **Order Filed on November 15, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>Judge: Rosemary Gambardella **District of New Jersey** |
| In re:<br>Marcelino Arroyo aka Marcelino Blake-Arroyo<br>Aretha Blake-Arroyo<br><br><div align="center">Debtor(s)</div> | |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|
| | | |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 15, 2022**

_Rosemary Gambardella_
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of  LAKEVIEW LOAN SERVICING LLC, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as  4 Pine Street, Hackensack NJ 07601**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-25712-RG

Aretha Blake-Arroyo                                                                      Chapter 13

Marcelino Arroyo

        Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                   regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

**Recip ID                          Recipient Name and Address**
db/jdb                      +   Aretha Blake-Arroyo, Marcelino Arroyo, 4 Pine Street, Hackensack, NJ 07601-3723

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:**

**Name                              Email Address**

Brian C. Nicholas
                        on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
                        on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

John R. Morton, Jr.
                        on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Marie-Ann Greenberg
                        magecf@magtrustee.com

Ryan L. Gentile
                        on behalf of Joint Debtor Marcelino Arroyo rlg@lawgmf.com
                        rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com

District/off: 0312-2                                   User: admin                                        Page 2 of 2

Date Rcvd: Nov 15, 2022                               Form ID: pdf903                                Total Noticed: 1

Ryan L. Gentile

        on behalf of Debtor Aretha Blake-Arroyo rlg@lawgmf.com
        rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7