# LAW OFFICES OF
# GUS MICHAEL FARINELLA PC

*185 Cedar Lane – Suite U5 Teaneck, NJ 07666*
*Tel: 201-676-2007*

*110 Jericho Turnpike Suite 100 Floral Park NY 11001*
*Tel (516) 326-2333 Fax (516) 305-5566*

*Gus Michael Farinella*  *Ryan L. Gentile*
*New York & DC Bar*  *New York & New Jersey Bar*

*Supreet Parmar*
*New York & New Jersey Bar*

November 22, 2022

***Via Electronic Filing***
Hon. Rosemary Gambardella
Martin Luther King, Jr. Federal Building
50 Walnut Street – Courtroom 3E
Newark, NJ 07102

Dear Judge Gambardella:

      Re:    In re Aretha Blake Arroyo & Marcelino Arroyo
               Case No. 19-25712
               ECF No. 74 – Motion to Reinstate Stay as to Creditor M&T Bank

      This office represents the Debtors, in the above-entitled case. We are writing to withdraw the Debtors' Motion to Reinstate Stay as to Creditor M&T Bank (ECF No. 74) because M&T Bank was incorrectly listed as the creditor in the motion. M&T Bank is not the creditor, they are only the servicer for the creditor. A new correct motion to reinstate stay as to Lakeview Loan Servicing LLC has been filed as ECF No. 75.

Sincerely,

                        /s/ Ryan Gentile
                        _____
                        Ryan Gentile, Esq.