| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** | Case No.: 19-25712 |
| IN RE:<br><br>ARETHA BLAKE-ARROYO<br>MARCELINO ARROYO | Adv. No.:<br><br>Hearing Date:  01/18/2023<br><br>Judge:  RG |

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 12/05/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtors:
ARETHA BLAKE-ARROYO
MARCELINO ARROYO
4 PINE STREET
HACKENSACK, NJ  07601
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
RYAN L. GENTILE
LAW OFFICES OF GUS MICHAEL FARINELLA, PC
110 JERICHO TURNPIKE
SUITE 100
FLORAL PARK, NY  11001
Mode of Service:  ECF and/or Regular Mail

---

Dated:  December 05, 2022

By:   /S/  Jessica Antoine
       Jessica Antoine