RYAN L. GENTILE
LAW OFFICES OF GUS MICHAEL
FARINELLA, PC
110 JERICHO TURNPIKE
SUITE 100
FLORAL PARK, NY  11001

Re:   ARETHA BLAKE-ARROYO
MARCELINO ARROYO
4 PINE STREET
HACKENSACK,  NJ  07601

Atty:   RYAN L. GENTILE
LAW OFFICES OF GUS MICHAEL
FARINELLA, PC
110 JERICHO TURNPIKE
SUITE 100
FLORAL PARK, NY  11001

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 19-25712

NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $57,502.00

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/11/2019 | $50.00 | 6168748000 | 09/30/2019 | $580.00 | 6213800000 |
| 11/04/2019 | $580.00 | 6304887000 | 12/02/2019 | $580.00 | 6374679000 |
| 01/06/2020 | $580.00 | 6456293000 | 02/04/2020 | $580.00 | 6536761000 |
| 03/06/2020 | $580.00 | 6619811000 | 04/13/2020 | $580.00 | 6708016000 |
| 05/08/2020 | $580.00 | 6777945000 | 08/04/2020 | $50.00 | 6989409000 |
| 08/25/2020 | $50.00 | 7034930000 | 10/05/2020 | $50.00 | 7140381000 |
| 11/05/2020 | $580.00 | 7213471000 | 11/25/2020 | $780.00 | 7258952000 |
| 12/08/2020 | $780.00 | 7293012000 | 12/23/2020 | $430.00 | 7326804000 |
| 01/06/2021 | $580.00 | 7359819000 | 02/02/2021 | $580.00 | 7423995000 |
| 03/03/2021 | $580.00 | 7496552000 | 04/01/2021 | $580.00 | 7564874000 |
| 05/03/2021 | $580.00 | 7641870000 | 06/03/2021 | $580.00 | 7718329000 |
| 07/06/2021 | $50.00 | 7787164000 | 08/06/2021 | $50.00 | 7865060000 |
| 09/01/2021 | $50.00 | 7915473000 | 09/30/2021 | $50.00 | 7978872000 |
| 11/02/2021 | $1,913.00 | 8054900000 | 12/02/2021 | $1,913.00 | 8118989000 |
| 01/03/2022 | $1,913.00 | 8181048000 | 01/31/2022 | $1,913.00 | 8242563000 |
| 03/03/2022 | $1,913.00 | 8314544000 | 04/04/2022 | $1,913.00 | 8378017000 |
| 05/02/2022 | $1,913.00 | 8442274000 | 06/06/2022 | $1,913.00 | 8512845000 |
| 08/08/2022 | $50.00 | 8634848000 | 09/07/2022 | $50.00 | 8694054000 |
| 10/05/2022 | $50.00 | 8750804000 | 11/04/2022 | $1,913.00 | 8806263000 |
| 12/05/2022 | $1,913.00 | 8862501000 | 01/03/2023 | $1,913.00 | 8917746000 |

**Total Receipts: $32,283.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $32,283.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| HYUNDAI LEASE TITLING TRUST | | | | | | | |
| | 05/18/2020 | $8.21 | 849,022 | | 06/15/2020 | $8.21 | 850,714 |
| | 12/21/2020 | $7.47 | 861,702 | | 01/11/2021 | $15.99 | 863,472 |
| | 02/22/2021 | $10.35 | 865,195 | | 03/15/2021 | $5.94 | 867,010 |
| | 04/19/2021 | $5.94 | 868,729 | | 05/17/2021 | $5.94 | 870,619 |
| M & T BANK | | | | | | | |
| | 01/13/2020 | $410.23 | 0 | | 02/10/2020 | $549.84 | 8,001,412 |
| | 03/16/2020 | $549.84 | 8,001,447 | | 04/20/2020 | $549.84 | 8,001,497 |
| | 05/18/2020 | $513.79 | 8,001,543 | | 06/15/2020 | $513.79 | 8,001,605 |
| | 09/21/2020 | $32.08 | 8,001,785 | | 09/21/2020 | $13.66 | 8,001,785 |
| | 10/19/2020 | $32.08 | 8,001,845 | | 10/19/2020 | $13.66 | 8,001,845 |
| | 11/16/2020 | $32.08 | 8,001,901 | | 11/16/2020 | $13.66 | 8,001,901 |
| | 12/21/2020 | $372.09 | 8,001,958 | | 12/21/2020 | $158.46 | 8,001,958 |
| | 01/11/2021 | $1,000.81 | 8,002,013 | | 01/11/2021 | $426.21 | 8,002,013 |
| | 02/22/2021 | $647.96 | 8,002,074 | | 02/22/2021 | $275.94 | 8,002,074 |
| | 03/15/2021 | $372.09 | 8,002,120 | | 03/15/2021 | $158.46 | 8,002,120 |
| | 04/19/2021 | $372.10 | 8,002,177 | | 04/19/2021 | $158.47 | 8,002,177 |
| | 05/17/2021 | $372.09 | 8,002,229 | | 05/17/2021 | $158.46 | 8,002,229 |
| | 06/21/2021 | $378.14 | 8,002,293 | | 06/21/2021 | $161.04 | 8,002,293 |
| | 07/19/2021 | $378.12 | 8,002,344 | | 07/19/2021 | $161.03 | 8,002,344 |
| | 08/16/2021 | $32.60 | 8,002,395 | | 08/16/2021 | $13.88 | 8,002,395 |
| | 09/20/2021 | $41.80 | 8,002,448 | | 09/20/2021 | $17.80 | 8,002,448 |
| | 10/18/2021 | $32.96 | 8,002,491 | | 10/18/2021 | $14.04 | 8,002,491 |
| | 11/17/2021 | $32.96 | 8,002,542 | | 11/17/2021 | $14.04 | 8,002,542 |
| | 12/13/2021 | $1,274.56 | 8,002,591 | | 12/13/2021 | $542.79 | 8,002,591 |
| | 01/10/2022 | $1,274.56 | 8,002,646 | | 01/10/2022 | $542.79 | 8,002,646 |
| | 02/14/2022 | $1,274.56 | 8,002,698 | | 02/14/2022 | $542.79 | 8,002,698 |
| | 03/14/2022 | $1,274.56 | 8,002,757 | | 03/14/2022 | $542.79 | 8,002,757 |
| | 04/18/2022 | $1,294.68 | 8,002,806 | | 04/18/2022 | $551.36 | 8,002,806 |
| | 05/16/2022 | $1,294.68 | 8,002,856 | | 05/16/2022 | $551.36 | 8,002,856 |
| | 06/20/2022 | $1,294.68 | 8,002,909 | | 06/20/2022 | $551.36 | 8,002,909 |
| | 07/18/2022 | $1,294.68 | 8,002,962 | | 07/18/2022 | $551.36 | 8,002,962 |
| | 09/19/2022 | $23.36 | 8,003,059 | | 09/19/2022 | $24.89 | 8,003,059 |
| | 10/17/2022 | $23.36 | 8,003,111 | | 10/17/2022 | $24.89 | 8,003,111 |
| | 11/14/2022 | $22.88 | 8,003,162 | | 11/14/2022 | $24.37 | 8,003,162 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,708.20 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,310.00 | 100.00% | 1,310.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 4,252.83 | * | 0.00 | |
| 0003 | QUANTUM3 GROUP LLC | UNSECURED | 2,328.58 | * | 0.00 | |
| 0004 | HYUNDAI LEASE TITLING TRUST | VEHICLE SECURE | 68.05 | 100.00% | 68.05 | |
| 0010 | PORTFOLIO RECOV ASSOCIATES LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | SA-VIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | TD BANK USA NA | UNSECURED | 430.88 | * | 0.00 | |
| 0014 | TEANECK DENTAL ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | TEANECK FEDERAL CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | WELLS FARGO CARD SERVICES | UNSECURED | 4,115.69 | * | 0.00 | |
| 0020 | M & T BANK | MORTGAGE ARRE | 28,228.43 | 100.00% | 17,563.85 | |
| 0021 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | SA-VIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | UNIVERSITY REPRODUCTIVE ASSOCIATI | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,279.01 | * | 0.00 | |
| 0025 | M & T BANK | (NEW) MTG Agree | 17,567.95 | 100.00% | 6,209.56 | |

**Total Paid: $26,859.66**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $32,283.00    -    Paid to Claims: $23,841.46    -    Admin Costs Paid: $3,018.20    =    Funds on Hand: $5,423.34

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.