| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Ryan Gentile, Esq.<br>110 Jericho Turnpike – Suite 100<br>Floral Park, NY 11001<br>Tel: 201-873-7675<br>Attorney for Debtors | Order Filed on January 17, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    ARETHA BLAKE-ARROYO<br>    MARCELINO ARROYO | Case No.:　　　19-25712<br><br>Chapter:　　　　13<br><br>Hearing Date:　　12/21/2022<br><br>Judge:　　　　Gambardella |

## ORDER

### VACATING ORDER LIFTING THE AUTOMATIC STAY AND REINSTATING AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through (2) is **ORDERED**.

**DATED: January 17, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

  This matter having come before the Court by the Debtors' Motion To Reinstate Stay as to Creditor, Lakeview Loan Servicing LLC (ECF No. 75); the Court having considered any objections filed; and for good cause shown; it is

  **ORDERED** that the motion is granted, and this Court's previous Order entered on November 15, 2022 Vacating the Automatic Stay (ECF No. 72) is hereby vacated effective on the date of this order. No actions taken by Lakeview Loan Servicing, LLC during the period of time that the automatic stay was vacated were subject to the automatic stay.

  **IT IS FUTHER ORDERED** that the automatic stay is hereby reinstated as to Lakeview Loan Servicing LLC and against the real property located at 4 Pine Street Hackensack, NJ 07601 effective on the date of this order.