| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Ryan Gentile, Esq.<br>110 Jericho Turnpike – Suite 100<br>Floral Park, NY 11001<br>Tel: 201-873-7675<br>Attorney for Debtors | Order Filed on January 17, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    ARETHA BLAKE-ARROYO<br>    MARCELINO ARROYO | Case No.:  19-25712<br><br>Chapter:  13<br><br>Hearing Date:  12/21/2022<br><br>Judge:  Gambardella |

## ORDER

### VACATING ORDER LIFTING THE AUTOMATIC STAY AND REINSTATING AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through (2) is **ORDERED**.

**DATED: January 17, 2023**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

This matter having come before the Court by the Debtors' Motion To Reinstate Stay as to Creditor, Lakeview Loan Servicing LLC (ECF No. 75); the Court having considered any objections filed; and for good cause shown; it is

**ORDERED** that the motion is granted, and this Court's previous Order entered on November 15, 2022 Vacating the Automatic Stay (ECF No. 72) is hereby vacated effective on the date of this order. No actions taken by Lakeview Loan Servicing, LLC during the period of time that the automatic stay was vacated were subject to the automatic stay.

**IT IS FUTHER ORDERED** that the automatic stay is hereby reinstated as to Lakeview Loan Servicing LLC and against the real property located at 4 Pine Street Hackensack, NJ 07601 effective on the date of this order.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25712-RG |
| Aretha Blake-Arroyo | Chapter 13 |
| Marcelino Arroyo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Jan 17, 2023  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**   **Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Aretha Blake-Arroyo, Marcelino Arroyo, 4 Pine Street, Hackensack, NJ 07601-3723 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ryan L. Gentile | on behalf of Joint Debtor Marcelino Arroyo rlg@lawgmf.com rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 17, 2023 | Form ID: pdf903 | Total Noticed: 1

Ryan L. Gentile
    on behalf of Debtor Aretha Blake-Arroyo rlg@lawgmf.com
    rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7