Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25712−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Aretha Blake−Arroyo
4 Pine Street
Hackensack, NJ 07601

Marcelino Arroyo
aka Marcelino Blake−Arroyo
4 Pine Street
Hackensack, NJ 07601

Social Security No.:
xxx−xx−3997

xxx−xx−1866

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/19/23 at 10:00 AM

to consider and act upon the following:

*86* − Certification in Opposition to (related document:85 Creditor's Certification of Default (related document:33 Motion for Relief from Stay re: 4 Pine Street, Hackensack, NJ, 07601. Fee Amount $ 181. filed by Creditor LAKEVIEW LOAN SERVICING LLC, 65 Order (Generic)) filed by Denise E. Carlon on behalf of LAKEVIEW LOAN SERVICING LLC. Objection deadline is 05/26/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor LAKEVIEW LOAN SERVICING LLC) filed by Ryan L. Gentile on behalf of Marcelino Arroyo, Aretha Blake−Arroyo. (Gentile, Ryan)

Dated: 5/30/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court