UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

In Re:

Aretha Blake-Arroyo & Marcelino Arroyo,

Debtors.

Case No.:         19-25712-RG

Chapter:              13

Hearing Date:        7/19/2023

Judge:            Gambardella

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled          ☐  Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 85)

_____

Date: 7/17/2023                        /s/ Denise Carlon
                                        Signature

*rev.8/1/15*