| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>201-549-2363<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>LAKEVIEW LOAN SERVICING LLC | **Order Filed on July 19, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>    Aretha Blake-Arroyo<br>    Marcelino Arroyo aka Marcelino Blake-Arroyo<br><br>Debtors | Case No.: 19-25712 RG<br><br>Adv. No.:<br><br>Hearing Date: 7/19/2023 @ 10:00 a.m..<br><br>Judge: Rosemary Gambardella |

# ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 19, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtors:   Marcelino Arroyo aka Marcelino Blake-Arroyo & Aretha Blake-Arroyo
Case No:  19-25712 RG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, LAKEVIEW LOAN SERVICING LLC, Denise Carlon appearing, upon a certification of default as to real property located at 4 Pine Street, Hackensack, NJ, 07601, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Ryan L. Gentile, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of July 10, 2023, Debtors are due for April 2023 through July 2023 payments with $222.43 in suspense for a total post-petition default of $10,265.57 (4 @ $2,622.00 less suspense $222.43); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears totaling $10,265.57 shall be paid prior to July 31, 2023; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume August 1, 2023 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $200.00 for attorneys' fees which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.