| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Aretha Blake-Arroyo<br>Marcelino Arroyo | Case No.: 19-25712<br>Adversary No.: _____<br>Chapter: 13<br>Judge: Gambardella |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: _____
(Example: John Smith, creditor)

Old address:  110 Jericho Turnpike
              Suite 100
              Floral Park, NY 11001

New address:  185 Cedar Lane - Suite U5
              Teaneck, NJ 07666
              _____

New phone no.: 201-873-7675
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: July 10, 2024                    /s/ Ryan Gentile
                                       Signature

rev.8/1/2021