# LAW OFFICES OF
# GUS MICHAEL FARINELLA PC

*185 Cedar Lane – Suite U5 Teaneck, NJ 07666*
*Tel: 201-676-2007*

*Gus Michael Farinella*
*New York & DC Bar*

*Ryan L. Gentile*
*New York & New Jersey Bar*

*Supreet Parmar*
*New York & New Jersey Bar*

July 14, 2024

***Via Electronic Filing***
Hon. Rosemary Gambardella
Martin Luther King, Jr. Federal Building
50 Walnut Street – Courtroom 3E
Newark, NJ 07102

Dear Judge Gambardella:

> Re:   In re Aretha Blake Arroyo & Marcelino Arroyo
> Case No. 19-25712
> ECF No. 94 – Application for Compensation for Ryan L .Gentile
> ECF No. 97 – Amended Application for Compensation for Ryan L .Gentile

This office represents the Debtors, in the above-entitled case. We are writing to withdraw the Application for Compensation for Ryan L. Gentile (ECF No. 94) and Amended Application for Compensation for Ryan Gentile (ECF No. 97).

Sincerely,

/s/ Ryan Gentile
_____
Ryan Gentile, Esq.