Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25712−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Aretha Blake−Arroyo              Marcelino Arroyo
4 Pine Street                    aka Marcelino Blake−Arroyo
Hackensack, NJ 07601             4 Pine Street
                                 Hackensack, NJ 07601

Social Security No.:
   xxx−xx−3997                   xxx−xx−1866

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      8/21/24
Time:      10:00 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Ryan L. Gentile, Debtor's Attorney

COMMISSION OR FEES
$3,200

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

- ☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☑ will reduce the amount to be paid to general unsecured creditors under the plan as follows: From 51.46% to 31.95%

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 19, 2024
JAN:

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-25712-RG

Aretha Blake-Arroyo  Chapter 13

Marcelino Arroyo

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3
Date Rcvd: Jul 19, 2024     Form ID: 137     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aretha Blake-Arroyo, Marcelino Arroyo, 4 Pine Street, Hackensack, NJ 07601-3723 |
| cr | + | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 518407321 | + | Aa Action Collection Co, 517 S. Livingston Ave, Livingston, NJ 07039-4349 |
| 518407325 | + | James C. Bender, Esq, 29 Columbia Turnpike - Suite 302, Florham Park, NJ 07932-2240 |
| 518407329 | + | Michael Sauer, Court Officer, PO Box 507, Hackensack, NJ 07602-0507 |
| 518407331 | #+ | Ryan Gentile, 110 Jericho Turnpike, Suite 100, Floral Park, NY 11001-2019 |
| 518407334 | + | Teaneck Dental Associates, 1432 Queen Anne Rd, Teanec, NJ 07666-3518 |
| 518407335 | + | Teaneck Federal Credit, 100 Elizabeth Ave, Teaneck, NJ 07666-4713 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 19 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 19 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518407322 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 19 2024 20:36:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518494239 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 19 2024 20:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518407323 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 19 2024 20:38:00 | Comenitybank/jared, Po Box 182789, Columbus, OH 43218-2789 |
| 518407324 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 19 2024 20:38:00 | Hyundai Capital America, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 518822428 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 19 2024 20:38:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 518503617 | ^ | MEBN | Jul 19 2024 20:34:25 | LAKEVIEW LOAN SERVICING LLC, PO BOX 840, Buffalo, NY 14240-0840 |
| 518407327 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 19 2024 20:37:00 | Lakeview Loan Servicing, LLC, 4425 Ponce DeLeon Blvd, Mail Stop Ms5/251, Coral Gables, FL 33146-1839 |
| 518407328 | + | Email/Text: camanagement@mtb.com | Jul 19 2024 20:38:00 | M & T Bank Mortgage, Po Box 900, Millsboro, |

Case 19-25712-RG   Doc 106   Filed 07/21/24   Entered 07/22/24 00:15:46   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 19, 2024 | Form ID: 137 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | DE 19966-0900 |
| 518491875 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 19 2024 20:52:56 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518407330 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 19 2024 20:42:05 | Portfolio Recov Associates LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518512737 | | Email/Text: bnc-quantum@quantum3group.com | Jul 19 2024 20:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518407332 | + | Email/Text: bankruptcy@savit.com | Jul 19 2024 20:38:00 | Sa-vit Collection Agency, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 518463135 | + | Email/Text: bncmail@w-legal.com | Jul 19 2024 20:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518407333 | + | Email/Text: bncmail@w-legal.com | Jul 19 2024 20:38:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 518407336 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 19 2024 20:41:50 | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |
| 518503071 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 19 2024 20:42:29 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518407326 | ##+ | KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2024                              Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ryan L. Gentile | |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 19, 2024 | Form ID: 137 | Total Noticed: 26 |

| | | |
|---|---|---|
| | on behalf of Joint Debtor Marcelino Arroyo rlg@lawgmf.com | |
| | rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com | |
| Ryan L. Gentile | | |
| | on behalf of Debtor Aretha Blake-Arroyo rlg@lawgmf.com | |
| | rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com | |
| U.S. Trustee | | |
| | USTPRegion03.NE.ECF@usdoj.gov | |

TOTAL: 6