Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF SEPTEMBER 10, 2024

**Chapter 13 Case # 19-25712**

Re:   ARETHA BLAKE-ARROYO                                    Atty:   RYAN L. GENTILE
      MARCELINO ARROYO                                               LAW OFFICES OF GUS MICHAEL
      4 PINE STREET                                                  FARINELLA, PC
      HACKENSACK, NJ  07601                                          185 CEDAR LANE SUITE U5
                                                                     TEANECK, NJ  07666

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $60,860.00**

### RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/11/2019 | $50.00 | 6168748000 | 09/30/2019 | $580.00 | 6213800000 |
| 11/04/2019 | $580.00 | 6304887000 | 12/02/2019 | $580.00 | 6374679000 |
| 01/06/2020 | $580.00 | 6456293000 | 02/04/2020 | $580.00 | 6536761000 |
| 03/06/2020 | $580.00 | 6619811000 | 04/13/2020 | $580.00 | 6708016000 |
| 05/08/2020 | $580.00 | 6777945000 | 08/04/2020 | $50.00 | 6989409000 |
| 08/25/2020 | $50.00 | 7034930000 | 10/05/2020 | $50.00 | 7140381000 |
| 11/05/2020 | $580.00 | 7213471000 | 11/25/2020 | $780.00 | 7258952000 |
| 12/08/2020 | $780.00 | 7293012000 | 12/23/2020 | $430.00 | 7326804000 |
| 01/06/2021 | $580.00 | 7359819000 | 02/02/2021 | $580.00 | 7423995000 |
| 03/03/2021 | $580.00 | 7496552000 | 04/01/2021 | $580.00 | 7564874000 |
| 05/03/2021 | $580.00 | 7641870000 | 06/03/2021 | $580.00 | 7718329000 |
| 07/06/2021 | $50.00 | 7787164000 | 08/06/2021 | $50.00 | 7865060000 |
| 09/01/2021 | $50.00 | 7915473000 | 09/30/2021 | $50.00 | 7978872000 |
| 11/02/2021 | $1,913.00 | 8054900000 | 12/02/2021 | $1,913.00 | 8118989000 |
| 01/03/2022 | $1,913.00 | 8181048000 | 01/31/2022 | $1,913.00 | 8242563000 |
| 03/03/2022 | $1,913.00 | 8314544000 | 04/04/2022 | $1,913.00 | 8378017000 |
| 05/02/2022 | $1,913.00 | 8442274000 | 06/06/2022 | $1,913.00 | 8512845000 |
| 08/08/2022 | $50.00 | 8634848000 | 09/07/2022 | $50.00 | 8694054000 |
| 10/05/2022 | $50.00 | 8750804000 | 11/04/2022 | $1,913.00 | 8806263000 |
| 12/05/2022 | $1,913.00 | 8862501000 | 01/03/2023 | $1,913.00 | 8917746000 |
| 02/02/2023 | $1,913.00 | 8973297000 | 03/02/2023 | $1,913.00 | 9028847000 |
| 04/03/2023 | $1,913.00 | 9084739000 | 05/01/2023 | $1,913.00 | 9141089000 |
| 05/30/2023 | $1,913.00 | 9191684000 | 07/03/2023 | $1,915.00 | 9254556000 |
| 08/01/2023 | $50.00 | 9302726000 | 08/28/2023 | $50.00 | 9348604000 |
| 10/02/2023 | $50.00 | 9411185000 | 11/01/2023 | $1,913.00 | 9458395000 |
| 12/04/2023 | $1,913.00 | 9515764000 | 01/02/2024 | $1,913.00 | 9559219000 |
| 02/05/2024 | $1,913.00 | 9618322000 | 03/04/2024 | $1,913.00 | 9667621000 |
| 04/02/2024 | $1,913.00 | 9713135000 | 05/02/2024 | $1,913.00 | 9763257000 |

**Chapter 13 Case # 19-25712**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/04/2024 | $1,913.00 | 9816336000 | 06/18/2024 | $1,915.00 | 9839392000 |
| 07/02/2024 | $50.00 | 9861345000 | 08/07/2024 | $50.00 | 9918769000 |

**Total Receipts: $61,232.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $61,232.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,790.03 | |
| ATTY | ATTORNEY | ADMIN | 4,510.00 | 100.00% | 1,310.00 | 3,200.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 4,252.83 | * | 1,904.22 | |
| 0003 | QUANTUM3 GROUP LLC | UNSECURED | 2,328.58 | * | 1,042.64 | |
| 0004 | HYUNDAI LEASE TITLING TRUST | VEHICLE SECURE | 68.05 | 100.00% | 68.05 | |
| 0010 | PORTFOLIO RECOV ASSOCIATES LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | SA-VIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | TD BANK USA NA | UNSECURED | 430.88 | * | 192.92 | |
| 0014 | TEANECK DENTAL ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | TEANECK FEDERAL CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | WELLS FARGO CARD SERVICES | UNSECURED | 4,115.69 | * | 1,842.82 | |
| 0020 | M & T BANK | MORTGAGE ARRE | 28,228.43 | 100.00% | 28,228.43 | |
| 0021 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | SA-VIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | UNIVERSITY REPRODUCTIVE ASSOCIATI | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,279.01 | * | 1,468.18 | |
| 0025 | M & T BANK | (NEW) MTG Agree | 17,767.95 | 100.00% | 17,767.95 | |

**Total Paid: $57,615.24**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | | |
| | 03/11/2024 | $345.64 | 924685 | | 04/15/2024 | $519.52 | 926114 |
| | 05/10/2024 | $519.53 | 927591 | | 06/17/2024 | $519.53 | 928993 |
| HYUNDAI LEASE TITLING TRUST | | | | | | | |
| | 05/18/2020 | $8.21 | 849022 | | 06/15/2020 | $8.21 | 850714 |
| | 12/21/2020 | $7.47 | 861702 | | 01/11/2021 | $15.99 | 863472 |
| | 02/22/2021 | $10.35 | 865195 | | 03/15/2021 | $5.94 | 867010 |
| | 04/19/2021 | $5.94 | 868729 | | 05/17/2021 | $5.94 | 870619 |
| M & T BANK | | | | | | | |
| | 01/13/2020 | $410.23 | 0 | | 02/10/2020 | $549.84 | 8001412 |
| | 03/16/2020 | $549.84 | 8001447 | | 04/20/2020 | $549.84 | 8001497 |
| | 05/18/2020 | $513.79 | 8001543 | | 06/15/2020 | $513.79 | 8001605 |
| | 09/21/2020 | $32.08 | 8001785 | | 09/21/2020 | $13.66 | 8001785 |
| | 10/19/2020 | $13.66 | 8001845 | | 10/19/2020 | $32.08 | 8001845 |
| | 11/16/2020 | $32.08 | 8001901 | | 11/16/2020 | $13.66 | 8001901 |
| | 12/21/2020 | $158.46 | 8001958 | | 12/21/2020 | $372.09 | 8001958 |
| | 01/11/2021 | $1,000.81 | 8002013 | | 01/11/2021 | $426.21 | 8002013 |
| | 02/22/2021 | $275.94 | 8002074 | | 02/22/2021 | $647.96 | 8002074 |
| | 03/15/2021 | $372.09 | 8002120 | | 03/15/2021 | $158.46 | 8002120 |
| | 04/19/2021 | $158.47 | 8002177 | | 04/19/2021 | $372.10 | 8002177 |
| | 05/17/2021 | $372.09 | 8002229 | | 05/17/2021 | $158.46 | 8002229 |
| | 06/21/2021 | $161.04 | 8002293 | | 06/21/2021 | $378.14 | 8002293 |

**Chapter 13 Case # 19-25712**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 07/19/2021 | $378.12 | 8002344 | | 07/19/2021 | $161.03 | 8002344 |
| | 08/16/2021 | $13.88 | 8002395 | | 08/16/2021 | $32.60 | 8002395 |
| | 09/20/2021 | $41.80 | 8002448 | | 09/20/2021 | $17.80 | 8002448 |
| | 10/18/2021 | $14.04 | 8002491 | | 10/18/2021 | $32.96 | 8002491 |
| | 11/17/2021 | $32.96 | 8002542 | | 11/17/2021 | $14.04 | 8002542 |
| | 12/13/2021 | $542.79 | 8002591 | | 12/13/2021 | $1,274.56 | 8002591 |
| | 01/10/2022 | $1,274.56 | 8002646 | | 01/10/2022 | $542.79 | 8002646 |
| | 02/14/2022 | $542.79 | 8002698 | | 02/14/2022 | $1,274.56 | 8002698 |
| | 03/14/2022 | $1,274.56 | 8002757 | | 03/14/2022 | $542.79 | 8002757 |
| | 04/18/2022 | $551.36 | 8002806 | | 04/18/2022 | $1,294.68 | 8002806 |
| | 05/16/2022 | $551.36 | 8002856 | | 05/16/2022 | $1,294.68 | 8002856 |
| | 06/20/2022 | $1,294.68 | 8002909 | | 06/20/2022 | $551.36 | 8002909 |
| | 07/18/2022 | $551.36 | 8002962 | | 07/18/2022 | $1,294.68 | 8002962 |
| | 09/19/2022 | $23.36 | 8003059 | | 09/19/2022 | $24.89 | 8003059 |
| | 10/17/2022 | $24.89 | 8003111 | | 10/17/2022 | $23.36 | 8003111 |
| | 11/14/2022 | $22.88 | 8003162 | | 11/14/2022 | $24.37 | 8003162 |
| | 02/13/2023 | $2,797.11 | 8003317 | | 02/13/2023 | $2,626.23 | 8003317 |
| | 03/13/2023 | $932.36 | 8003373 | | 03/13/2023 | $875.42 | 8003373 |
| | 04/17/2023 | $875.41 | 8003431 | | 04/17/2023 | $932.37 | 8003431 |
| | 05/15/2023 | $932.36 | 8003481 | | 05/15/2023 | $875.42 | 8003481 |
| | 06/12/2023 | $866.16 | 8003546 | | 06/12/2023 | $922.50 | 8003546 |
| | 07/17/2023 | $922.51 | 8003597 | | 07/17/2023 | $866.15 | 8003597 |
| | 08/14/2023 | $844.82 | 8003655 | | 08/14/2023 | $945.70 | 8003655 |
| | 09/18/2023 | $22.06 | 8003697 | | 09/18/2023 | $24.69 | 8003697 |
| | 10/16/2023 | $22.06 | 8003765 | | 10/16/2023 | $24.69 | 8003765 |
| | 11/13/2023 | $24.30 | 8003825 | | 11/13/2023 | $21.70 | 8003825 |
| | 12/11/2023 | $830.40 | 8003871 | | 12/11/2023 | $929.56 | 8003871 |
| | 01/08/2024 | $929.56 | 8003920 | | 01/08/2024 | $830.40 | 8003920 |
| | 02/12/2024 | $830.41 | 8003959 | | 02/12/2024 | $929.55 | 8003959 |
| | 03/11/2024 | $311.13 | 8004006 | | 03/11/2024 | $277.94 | 8004006 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 03/11/2024 | $266.49 | 8003991 | | 04/15/2024 | $400.57 | 8004035 |
| | 05/10/2024 | $400.57 | 8004082 | | 06/17/2024 | $400.55 | 8004126 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 03/11/2024 | $189.25 | 8003992 | | 04/15/2024 | $284.46 | 8004036 |
| | 05/10/2024 | $284.46 | 8004087 | | 06/17/2024 | $284.47 | 8004132 |
| TD BANK USA NA | | | | | | | |
| | 03/11/2024 | $35.02 | 925448 | | 04/15/2024 | $52.63 | 926947 |
| | 05/10/2024 | $52.64 | 928317 | | 06/17/2024 | $52.63 | 929829 |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 03/11/2024 | $334.49 | 925571 | | 04/15/2024 | $502.77 | 927078 |
| | 05/10/2024 | $502.78 | 928451 | | 06/17/2024 | $502.78 | 929968 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: September 10, 2024.

Receipts: $61,232.00    -    Paid to Claims: $52,515.21    -    Admin Costs Paid: $5,100.03    =    Funds on Hand: $3,616.76

Base Plan Amount: $60,860.00    -    Receipts: $61,232.00    =    Total Unpaid Balance: **($372.00)

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.