Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25712−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Aretha Blake−Arroyo
4 Pine Street
Hackensack, NJ 07601

Marcelino Arroyo
aka Marcelino Blake−Arroyo
4 Pine Street
Hackensack, NJ 07601

Social Security No.:
xxx−xx−3997
xxx−xx−1866

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

TO: Aretha Blake−Arroyo and Marcelino Arroyo
  Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: September 24, 2024
JAN: dlr

Jeanne Naughton, Clerk