**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Aretha Blake-Arroyo <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx-xx-3997 <br> EIN  __-_____ |
| Debtor 2 <br> (Spouse, if filing) | Marcelino Arroyo <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx-xx-1866 <br> EIN  __-_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   19-25712-RG

# Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Aretha Blake-Arroyo                                     Marcelino Arroyo
                                                        aka Marcelino Blake-Arroyo

11/13/24                                                **By the court:** <u>Rosemary Gambardella</u>
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified
  in 11 U.S.C. §§ 507(a)(8)( C),
  523(a)(1)(B), or 523(a)(1)(C) to the
  extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25712-RG |
| Aretha Blake-Arroyo | Chapter 13 |
| Marcelino Arroyo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 13, 2024 | Form ID: 3180W | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aretha Blake-Arroyo, Marcelino Arroyo, 4 Pine Street, Hackensack, NJ 07601-3723 |
| cr | + | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 518407321 | + | Aa Action Collection Co, 517 S. Livingston Ave, Livingston, NJ 07039-4349 |
| 518407325 | + | James C. Bender, Esq, 29 Columbia Turnpike - Suite 302, Florham Park, NJ 07932-2240 |
| 518407326 | + | KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518407329 | + | Michael Sauer, Court Officer, PO Box 507, Hackensack, NJ 07602-0507 |
| 518407331 | #+ | Ryan Gentile, 110 Jericho Turnpike, Suite 100, Floral Park, NY 11001-2019 |
| 518407334 | + | Teaneck Dental Associates, 1432 Queen Anne Rd, Teanec, NJ 07666-3518 |
| 518407335 | + | Teaneck Federal Credit, 100 Elizabeth Ave, Teaneck, NJ 07666-4713 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518407322 | + | EDI: BANKAMER | Nov 14 2024 01:33:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518494239 | + | EDI: BANKAMER2 | Nov 14 2024 01:33:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518407323 | + | EDI: WFNNB.COM | Nov 14 2024 01:33:00 | Comenitybank/jared, Po Box 182789, Columbus, OH 43218-2789 |
| 518407324 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 13 2024 20:54:00 | Hyundai Capital America, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 518822428 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 13 2024 20:54:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 518503617 | ^ | MEBN | Nov 13 2024 20:52:56 | LAKEVIEW LOAN SERVICING LLC, PO BOX 840, Buffalo, NY 14240-0840 |
| 518407327 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2024 20:52:00 | Lakeview Loan Servicing, LLC, 4425 Ponce DeLeon Blvd, Mail Stop Ms5/251, Coral Gables, FL 33146-1839 |
| 518407328 | + | Email/Text: camanagement@mtb.com | Nov 13 2024 20:53:00 | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 518491875 | | EDI: PRA.COM | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: 3180W | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 518407330 | + | EDI: PRA.COM | Nov 14 2024 01:33:00 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518512737 | | EDI: Q3G.COM | Nov 14 2024 01:33:00 | Portfolio Recov Associates LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518407332 | + | Email/Text: bankruptcy@savit.com | Nov 14 2024 01:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518463135 | + | Email/Text: bncmail@w-legal.com | Nov 13 2024 20:54:00 | Sa-vit Collection Agency, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 518407333 | + | EDI: WTRRNBANK.COM | Nov 13 2024 20:54:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518407336 | | EDI: WFFC2 | Nov 14 2024 01:33:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 518503071 | | EDI: WFFC2 | Nov 14 2024 01:33:00 | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |
| | | | Nov 14 2024 01:33:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Ryan L. Gentile | on behalf of Joint Debtor Marcelino Arroyo rlg@lawgmf.com rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 13, 2024 | Form ID: 3180W | Total Noticed: 27 |

Ryan L. Gentile
    on behalf of Debtor Aretha Blake-Arroyo rlg@lawgmf.com
    rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7