Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25712−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Aretha Blake−Arroyo
4 Pine Street
Hackensack, NJ 07601

Marcelino Arroyo
aka Marcelino Blake−Arroyo
4 Pine Street
Hackensack, NJ 07601

Social Security No.:
  xxx−xx−3997                              xxx−xx−1866

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: January 8, 2025              Rosemary Gambardella
                                    Judge, United States Bankruptcy Court